AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | )    Case No. 6:24-cR-261-CEM-LHP |
| Alan W. Filion | ) |
| | ) |
| _Defendant_ | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __4/23/24__

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Dan Eckhart
_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

Leslie Hoffman Price, U.S. Magistrate Judge
_____
_Judge's printed name and title_