UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  Case No. 6:24-cr-261-CEM-LHP

ALAN FILION,
    a/k/a "Nazgul Swattings,"
    a/k/a "Torswats V3,"
    a/k/a "Third Reich of Kiwiswats,"
    a/k/a "The Table Swats,"
    a/k/a "Angmar," and
    a/k/a "Torswats"

Defendant.

## DEFENDANT'S WAIVER

The Defendant, Alan Filion, by and through his undersigned counsel will waive his appearance at any future restitution hearings. A signed copy of Mr. Filion's waiver is attached as Exhibit A.

Respectfully submitted this 11th day of February 2025.

/s/ Dan Eckhart, Esq.
DAN ECKHART, ESQ.
Florida Bar No. 488674
200 East Robinson St., Ste. 11
Orlando, FL 32801
Telephone:  407-276-0500
Facsimile:   407-893-8151
dan@daneckhartlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the United States Attorney's Office.

/s/ Dan Eckhart, Esq.
DAN ECKHART, ESQ.
Florida Bar No. 488674
