**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren
Clerk of Court

Richard Banke
Orlando Division Manager

**DATE: July 30, 2025**

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:24-cr-00261-CEM-LHP-1**

**Alan Filion**

**U.S.C.A. Case No.:** **TBD**

- Honorable **Judge Leslie Hoffman Price** appealed from.
- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals. If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.
- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

ELIZABETH M. WARREN, CLERK

By: s/JS, Deputy Clerk

FILED - USDC - FLMD - ORL
JUL 30 2025 PM2:28

ALAN FILION
Box 3007 Suite
San Pedro CA 90377

Defendant appearing pro se

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALAN FILION,<br>Defendant. | No. 6:24-CR-261-CEM-LHP<br>NOTICE OF APPEAL |

PLEASE TAKE NOTICE that the currently 18 years old Defendant hereby appeals, to the Eleventh Circuit Court of Appeals, from the Magistrate Judge's Order Filed on 7/14/2025 (Dkt. 52), Denying his Motion for Leave to File a Late Notice of Appeal (Dkt. 51, 51-1).

A copy of the Order appealed from is NOT attached hereto

Dated: July 21 , 2025

ALAN FILON, Defendant

LOS ANGELES CA 900

24 JUL 2025 PM 8 L

FOREVER / USA

ALAN FILON 40095-511
Federal Correctional Institution-TI
Box 3007 Suite G
San Pedro CA 90733-3007

U.S. v. Filion
6:24-CR-261-CEM-LHP

CLERK OF THE COURT
Intake/Docketing
401 W. Central Blvd
Orlando CA 32801

32801-040199

Mailed: July 21, 2025

APPEAL,CLOSED,CUSTODY,SL DOC

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:24-cr-00261-CEM-LHP-1

Case title: USA v. Filion

Date Filed: 10/21/2024

Date Terminated: 02/11/2025

---

Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Leslie Hoffman Price

**Defendant (1)**

**Alan Filion**
*TERMINATED: 02/11/2025*
*also known as*
Nazgul Swattings
*TERMINATED: 02/11/2025*
*also known as*
Torswats V3
*TERMINATED: 02/11/2025*
*also known as*
Third Reich of Kiwiswats
*TERMINATED: 02/11/2025*
*also known as*
The Table Swats
*TERMINATED: 02/11/2025*
*also known as*
Angmar
*TERMINATED: 02/11/2025*
*also known as*
Torswats
*TERMINATED: 02/11/2025*

represented by **Alan Filion**
40095-511
FCI TI
Box 3007 Suite G
San Pedro, CA 90733
PRO SE

**Daniel W. Eckhart**
Dan Eckhart Law PA
200 East Robinson Street
Suite 1150
Orlando, FL 32801
352-255-5004
Email: dan@daneckhartlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David R. Bigney**
Bigney Law Firm
1270 Orange Avenue
Suite E
Winter Park, FL 32789
407-425-6068
Email: bigneylawfirm@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18:875C.F INTERSTATE COMMUNICATIONS - THREATS (1) | IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED |

| | |
|---|---|
| | RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: None.; FINE: Waived.; SPECIAL ASSESSMENT: $400.00. |
| 18:875C.F INTERSTATE COMMUNICATIONS - THREATS (2) | IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: None.; FINE: Waived.; SPECIAL ASSESSMENT: $400.00. |
| 18:875C.F INTERSTATE COMMUNICATIONS - THREATS (3) | IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: None.; FINE: Waived.; SPECIAL ASSESSMENT: $400.00. |
| 18:875C.F INTERSTATE COMMUNICATIONS - THREATS (4) | IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: None.; FINE: Waived.; SPECIAL ASSESSMENT: $400.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA** represented by **Cherie L. Krigsman**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Fax: 813-274-6103
Email: cherie.krigsman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Daniel J. Marcet**
United States Attorney's Office
Tampa Division
400 North Tampa Street
Suite 3200
Tampa, FL 33602
813-274-6028
Email: daniel.marcet@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kara Wick**
US Attorney's Office
400 W Washington St. Suite 3100
Orlando, FL 32801
407-648-7526
Email: kara.wick@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2025 | 53 | NOTICE OF APPEAL by Alan Filion re 52 Order on Motion for Leave to File Document. Filing fee not paid (JOS) (Entered: 07/30/2025) |
| 07/14/2025 | 52 | **ORDER denying without prejudice 51 Application for Leave to File Late Notice of Appeal as to Alan Filion (1). Signed by Magistrate Judge Leslie Hoffman Price on 7/14/2025. (ECJ)** (Entered: 07/14/2025) |
| 07/07/2025 | 51 | MOTION for Leave to File Late Notice of Appeal by Alan Filion. (Attachments: # 1 Notice of Appeal, # 2 Proposed Order, # 3 Mailing Envelope)(JOS) (Entered: 07/08/2025) |
| 06/12/2025 | 50 | NOTICE OF CHANGE OF ADDRESS and Notice of Inquiry by Alan Filion. Clerk responded with docket sheet (ARL) (Entered: 06/13/2025) |
| 04/04/2025 | 49 | **AMENDED JUDGMENT as to Alan Filion (1), Counts 1, 2, 3, 4, IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: None.;** |

| | | |
|---|---|---|
| | | **FINE: Waived.; SPECIAL ASSESSMENT: $400.00. Signed by Judge Carlos E. Mendoza on 4/3/2025. (ALL)** (Entered: 04/04/2025) |
| 03/26/2025 | 48 | NOTICE canceling Restitution Hearing scheduled for 4/3/2025 as to Alan Filion. (ALL) (Entered: 03/26/2025) |
| 03/26/2025 | 47 | NOTICE *regarding Restitution* by USA as to Alan Filion (Marcet, Daniel) (Entered: 03/26/2025) |
| 02/11/2025 | 46 | WAIVER of PRESENCE AT RESTITUTION HEARINGS as to Alan Filion. (Attachments: # 1 Exhibit Waiver of Apperance)(Eckhart, Daniel) Modified text on 2/12/2025 (LNR). (Entered: 02/11/2025) |
| 02/11/2025 | 44 | **JUDGMENT as to Alan Filion (1), Counts 1-4, IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently; RESTITUTION: Deferred; FINE: Waived; SPECIAL ASSESSMENT: $400.00. Signed by Judge Carlos E. Mendoza on 2/11/2025. (ALL)** (Entered: 02/11/2025) |
| 02/11/2025 | 43 | NOTICE OF HEARING as to Alan Filion: Restitution Hearing set for 4/3/2025 at 02:00 PM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Defendant's presence is required. (ALL) (Entered: 02/11/2025) |
| 02/11/2025 | 42 | Government Exhibit List (Sentencing) by USA as to Alan Filion. (Attachments: # 1 Exhibit 1 - CD on file in Clerk's Office) (ALL) Modified text on 2/11/2025 (ABM). (Entered: 02/11/2025) |
| 02/11/2025 | 40 | Minute Entry for In Person proceedings held before Judge Carlos E. Mendoza: SENTENCING held on 2/11/2025 for Alan Filion (1), Counts 1-4, IMPRISONMENT: 48 Months. This term consists of a 48 month term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; SUPERVISED RELEASE: 3 Years. This term consists of a 3 year term as to Counts One, Two, Three, and Four, all such terms to run concurrently.; RESTITUTION: Deferred.; FINE: Waived.; SPECIAL ASSESSMENT: $400.00. Court Reporter: Suzanne L. Trimble. (ALL) (Entered: 02/11/2025) |
| 02/10/2025 | 39 | WITNESS LIST by Alan Filion (Eckhart, Daniel) (Entered: 02/10/2025) |
| 02/04/2025 | 33 | EXHIBIT LIST by USA as to Alan Filion (Marcet, Daniel) (Entered: 02/04/2025) |
| 02/04/2025 | 32 | SENTENCING MEMORANDUM by USA as to Alan Filion (Marcet, Daniel) (Entered: 02/04/2025) |
| 02/04/2025 | 30 | SENTENCING MEMORANDUM by Alan Filion (Attachments: # 1 Exhibit Letters of Support)(Eckhart, Daniel) (Entered: 02/04/2025) |
| 11/13/2024 | 23 | NOTICE OF HEARING as to Alan Filion: Sentencing set for 2/11/2025 at 09:30AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Defendant's presence is required. All motions and/or memorandums the parties would like the Court to consider, shall be filed no later than February 4, 2025, with the exception that Defense Counsel may file their Sentencing Memorandum on or before February 6, 2025. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 30 minutes. (ALL) (Entered: 11/13/2024) |
| 11/13/2024 | | Case unsealed as to Alan Filion (RPB) (Entered: 11/13/2024) |
| 11/13/2024 | 22 | **ENDORSED ORDER granting 21 Ore Tenus Unopposed Motion to Unseal Case, specifically documents 1 Information, 3 Waiver of Indictment, 5 Waiver of Venue,** |

| | | |
|---|---|---|
| | | **15 Acceptance of the Waiver of Indictment and 19 Plea Agreement as to Alan Filion (1). Signed by Judge Carlos E. Mendoza on 11/13/2024. (ALL)** (Entered: 11/13/2024) |
| 11/13/2024 | 21 | Ore Tenus Unopposed MOTION to Unseal Case by USA as to Alan Filion. (ALL) (Entered: 11/13/2024) |
| 11/13/2024 | 20 | Minute Entry for In Person proceedings held before Judge Carlos E. Mendoza: GUILTY PLEA HEARING as to Alan Filion held on 11/13/2024. Court Reporter: Karla Hyland. (ALL) (Entered: 11/13/2024) |
| 11/12/2024 | 19 | PLEA AGREEMENT re: Count(s) One through Four of the Information as to Alan Filion. (ECJ) (Entered: 11/12/2024) |
| 11/01/2024 | 15 | **ACCEPTANCE OF THE WAIVER OF INDICTMENT as to Alan Filion. Signed by Magistrate Judge Leslie Hoffman Price on 11/1/2024. (ECJ)** (Entered: 11/01/2024) |
| 10/21/2024 | 5 | NOTICE of Filing Waiver of Venue by Alan Filion (ARL) (Entered: 10/21/2024) |
| 10/21/2024 | 3 | WAIVER OF INDICTMENT by Alan Filion (ARL) (Entered: 10/21/2024) |
| 10/21/2024 | 1 | INFORMATION as to Alan Filion (1) count(s) 1-4. (ARL) (Entered: 10/21/2024) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.** **CASE NO: 6:24-cr-261-CEM-LHP**

**ALAN FILION**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S APPLICATION FOR LEAVE TO FILE LATE NOTICE OF APPEAL (Doc. No. 51)** |
| **FILED:** | **July 7, 2025** |

**THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

Defendant pleaded guilty to four counts of Interstate Transmission of Threats to Injure, in violation of 18 U.S.C. § 875(c). Doc. Nos. 19-20. On February 11, 2025, the Court sentenced Defendant to a term of 48 months imprisonment, followed by a three-year term of supervised release, and a $400.00 special assessment. Doc. No. 40. Judgment was entered accordingly the same day. Doc. No. 44. On April 4, 2025, the Court issued an amended judgment, to reflect that no restitution was ordered. Doc. No. 49.

Defendant did not file a notice of appeal as to either the original or amended judgment. Instead, on July 7, 2025, Defendant, now proceeding *pro se*, filed the

present motion, in which he requests leave to file a late notice of appeal, a copy of which is attached to the motion. Doc. No. 51; *see also* Doc. No. 51-1. Defendant states in the motion that he prepared a handwritten notice of appeal on or about February 14, 2025, but did not realize that the notice of appeal was never filed with the Court until sometime after June 6, 2025, when he notified the Court of his change of address. *Id.*, at 1-2. Defendant further represents that he was transferred to three different correctional facilities between April 18, 2025 and May 5, 2025. *Id.* Defendant does not explain, however, why he did not verify whether his notice of appeal had been properly filed between February 14, 2025 and April 18, 2025.

Federal Rule of Appellate Procedure 4(b)(1) provides that a party may appeal a judgment or order in a criminal case within 14 days of entry of the judgment or order. Fed. R. App. P. 4(b)(1). With the amended judgment filed on April 4, 2025 (Doc. No. 49), Defendant's time to appeal expired on or about April 18, 2025. A Court may extend this deadline for an additional 30 days, but only upon a finding of excusable neglect or good cause. Fed. R. App. P. 4(b)(4). If this additional 30-day period is added on to Defendant's appeal deadline, the time for Defendant to file a notice of appeal expired on or about May 19, 2025.[1] However, Defendant's motion is dated June 30, 2025, and was not filed with the Court until July 7, 2025, well after all applicable deadlines had expired. And there are no orders on the

[1] May 18, 2025 was a Sunday, therefore the next business day became the deadline. *See* Fed. R. App. P. 26(a)(1)(C).

docket – nor any identified by Defendant – that would further toll the appeal filing deadline. *See* Fed. R. App. P. 4(b)(3).

Accordingly, even if the Court were to find that Defendant's statements constituted good cause or excusable neglect – a finding the Court is not making – Defendants notice of appeal would still be untimely. *See United States v. Colon*, No. 24-13208, 2025 WL 763672, at *1 (11th Cir. Mar. 11, 2025); *United States v. Fawcett*, 522 F. App'x 644, 650-51 (11th Cir. 2013).[2] As such, Defendant's motion to late file a notice of appeal (Doc. No. 51) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Orlando, Florida on July 14, 2025.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

[2] "Unpublished opinions are not controlling authority and are persuasive only insofar as their legal analysis warrants." *Bonilla v. Baker Concrete Constr., Inc.*, 487 F.3d 1340, 1345 n.7 (11th Cir. 2007).